UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                                                       <u>ORDER</u>

CICERO WILLIAMS,                                16 Cr. 656-7 (GBD)

                        Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The April 7, 2020 conference is adjourned to June 11, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 25 2020