**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 4 2020

------------------------------------

UNITED STATES OF AMERICA,

               Plaintiff,

    -against-

CICERO WILLIAMS,

              Defendant.

------------------------------------ x

**MEMORANDUM DECISION AND ORDER**

16 Crim. 656-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request that the Court grant him a temporary release on bond is DENIED.

Dated: New York, New York
      April 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge