UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

CICERO WILLIAMS,

                Defendant.

------------------------------------------------------------X

ORDER

16 Crim. 656-7 (GBD)

GEORGE B. DANIELS, District Judge:

    The July 21, 2020 sentencing is hereby adjourned.

Dated: July 20, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE