UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

CICERO WILLIAMS,

Defendants.

------------------------------------ x

ORDER

16 Cr. 656 (GBD)

GEORGE B. DANIELS, District Judge:

Counsel listed for Defendant Cicero Williams, Steven Kartagener, no longer practices law.

The C.J.A. attorney assigned to receive cases on the day of September 13, 2022, Louis Fasulo, is hereby ordered to assume representation of Defendant Cicero Williams, in the above captioned matter. The September 13, 2022 violation of supervised release hearing at 9:45 A.M. will proceed as scheduled.

Dated: New York, New York
September 12, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge